IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY WALKER,

               Plaintiff,

  v.

CITY OF PHILADELPHIA, et al.,

               Defendants.

CIVIL ACTION
NO. 25-5002

## **ORDER**

**AND NOW**, this 9th day of July 2026, upon consideration of Defendant Detective Frank Jastrzembski's Motion to Dismiss Counts I and II of the Complaint (Doc. No. 19), Plaintiff's Response in Opposition (Doc. No. 21), Defendant's Reply (Doc. No. 28-1), the arguments of counsel for the parties at the hearing held on the record on April 1, 2026, Plaintiff's Supplemental Memorandum (Doc. No. 35), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 19) is **GRANTED**. Defendant Detective Frank Jastrzembski is dismissed as a defendant in this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.